No. 368.    SIOUX TRIBE OF INDIANS *v.* UNITED STATES.

December 9, 1946. *Per Curiam:* The petition for rehearing is granted. The order entered October 21, 1946, denying certiorari, *post,* p. 758, is vacated and the petition for writ of certiorari is granted. The judgment is vacated and the case is remanded to the Court of Claims in order to enable that court to determine whether the Act of August 13, 1946, 60 Stat. 1049, gives rise to any claims which petitioners may assert to affect the judgment heretofore entered in this cause, as to which this Court means to intimate no opinion. *Ralph H. Case* and *James S. Y. Ivins* for petitioner.

No. 67, Misc.    EX PARTE SMITH;
No. 69, Misc.    EX PARTE GRECO; and
No. 72, Misc.    EX PARTE MYERS. December 9, 1946. The motions for leave to file petitions for writs of habeas corpus are denied.